UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RICHARD WHITE                                                                    PLAINTIFF

V.                                              CIVIL ACTION NO. 3:21-CV-180-KHJ-MTP

STEVE PICKENS and
LATISHA KA LOCKHART                                                         DEFENDANTS

ORDER

This action is before the Court on Plaintiff Richard White's [45] Motion to No [sic] and [46] Motion for Equal Protection of the Law. On February 6, 2023, the Court dismissed White's Complaint for failing to exhaust his administrative remedies. *See* Order [43]. And the Court entered final judgment that day too. [44]. Accordingly, these motions are denied as moot.

SO ORDERED AND ADJUDGED this the 13th day of April, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE